No. 12–5045. Scott v. Astrue, Commissioner of Social Security. C. A. 9th Cir. Certiorari denied.

No. 12–5046. De La Cerda v. Vaughn. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 12–5047. Vasquez-Olea v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5048. Truong v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5049. Beard v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5050. Borbon v. United States. C. A. 9th Cir. Certiorari denied.

No. 12–5051. Thames v. United States. C. A. 4th Cir. Certiorari denied.

No. 12–5055. Martin v. United States. C. A. 4th Cir. Certiorari denied.

No. 12–5056. Kordenbrock v. Brown et al. C. A. 6th Cir. Certiorari denied.

No. 12–5057. Ladeairous v. Supreme Court of Virginia. Sup. Ct. Va. Certiorari denied.

No. 12–5058. Melgoza v. United States. C. A. 5th Cir. Certiorari denied.

No. 12–5059. Eubanks v. Lempke, Superintendent, Five Points Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 12–5060. Childress v. Dassault Systemes, S. A. C. A. 6th Cir. Certiorari denied.

No. 12–5061. Raisley v. New Jersey. Super. Ct. N. J., App. Div. Certiorari denied.

No. 12–5064. Pacheco v. California; and
No. 12–5135. Lugo v. California. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.